```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2022
```

ADIAHA CAMPBELL,

                Plaintiff,

    - against -

EISAI, INC. and
ARENA PHARMACEUTICALS, INC.,

                Defendants.

**21 Civ. 6797 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On June 24, 2022, the parties notified the Court that they reached a settlement in principle to resolve this action without further litigation, and request a stay in this action. (See Dkt. No. 18.)

It is hereby ordered that this action is conditionally discontinued without prejudice and without costs. Within thirty (30) days of the date of this Order, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Any application for restoration of the action to the active calendar of this Court must be made by letter within thirty (30) days of the date of this Order. Upon such notification, the defendant shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within ten days of the plaintiff's application for reinstatement, to schedule

remaining pre-trial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event plaintiff has not requested restoration of the case to the active calendar within such period of time.

Any further conferences with the Court scheduled in this action are canceled. The Clerk of Court is directed to terminate any pending motions and to close this case.

**SO ORDERED.**

Dated:   June 27, 2022
         New York, New York

_____
Victor Marrero
U.S.D.J.